RONALD ANDERSON, Plaintiff, and ANGEL CORDERO, Appellant, v W. THEODORE HILL et al., Respondents.

Submitted February 14, 2005; decided February 22, 2005

Appeal, insofar as taken from the November 2004 order of the Appellate Division denying reargument or leave to appeal to the Court of Appeals, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.